IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORAINE HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-15-737-D |
| ) | |
| BALON CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **J U D G M E N T**

Pursuant to the Order issued this date, the Court enters summary judgment in favor of Defendant Balon Corporation.

Entered this 31st day of March, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE